| FORM B1 | United States Bankruptcy Court<br>MIDDLE DISTRICT OF NORTH CAROLINA | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Convenience USA, Inc. | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>f/k/a Convenience USA LLC | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>56-2174766 | | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>400 W. Main Street, Suite 300<br>Durham, NC 27701 | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Durham | | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [✓] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [✓] Business

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101.
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED 01 MAY 21 PM 12:53 U.S. BANKRUPTCY COURT GREENSBORO, N.C. BY __

**Estimated Number of Creditors**
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [✓] |

**Estimated Debts**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [✓] |

(Official Form 1) (9/97)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Convenience USA, Inc. | FORM B1, Page 2 |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of the Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>See attached list | Case Number | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

DONALD R. DRAUGHON, JR.
Printed Name of Authorized Individual

Chairman/Chief Executive Officer
Title of Authorized Individual

May 20, 2001
Date

### Signature of Attorney

SB#2282 / SB#6789

X _____
Signature of Attorney for Debtor(s)

RICHARD M. HUTSON, II/JOHN A. NORTHEN
Printed Name of Attorney for Debtor(s)

Hutson Hughes & Powell, P.A.
Firm Name

300 W. Morgan Street, Suite 1500
Address
PO Drawer 2252-A  Durham, North Carolina  27702

(919) 683-1561
Telephone Number

May 20, 2001
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

X _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition prepare's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if the debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)   Date

# SCHEDULE OF AFFILIATES

| NAME | DISTRICT | CASE NO. | RELATIONSHIP | DATE FILED |
|---|---|---|---|---|
| Holiday Markets of Georgia LLC | NC Middle | To be assigned | 99% ownership by Debtor | 5/21/01 |
| C-Marts of the Carolinas LLC | NC Middle | To be assigned | 99% ownership by Debtor | 5/21/01 |
| Florida C-Marts LLC | NC Middle | To be assigned | 99% ownership by Debtor | 5/21/01 |
| Gant Acquisition LLC | NC Middle | To be assigned | 100% ownership by Debtor | 5/21/01 |
| Sun Mart LLC | NC Middle | To be assigned | 100% ownership by Debtor | 5/21/01 |
| Express Stores LLC | NC Middle | To be assigned | 99% ownership by Debtor | 5/21/01 |
| Georgia C-Marts LLC | NC Middle | To be assigned | 99% ownership by Debtor | 5/21/01 |
| North Carolina C-Marts LLC | NC Middle | To be assigned | 99% ownership by Debtor | 5/21/01 |
| Nugget Oil, Inc. | NC Middle | To be assigned | 100% ownership by Debtor | 5/21/01 |
| C-USA I LLC | NC Middle | To be assigned | 99% ownership by Debtor | 5/21/01 |

00004961.WPD

Case 01-81478    Doc 1    Filed 05/21/01    Page 3 of 9

# CERTIFICATE OF CORPORATE RESOLUTION

I hereby certify that I am the duly elected and qualified Chairman and Chief Executive Officer of Convenience USA, Inc. (the "Company"), a corporation organized and existing under the law of the State of Delaware; that the following is a true copy of the resolution unanimously adopted by the Board of Directors of the corporation on the 20th day of May, 2001, and such resolution is in full force and effect and has not been amended or rescinded:

WHEREAS, the financial condition of the Company necessitates the Company filing for the protections afforded by Title 11, Chapter 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED that the Company is authorized to file, in the United States Bankruptcy Court for the Middle District of North Carolina, a Chapter 11 petition and to otherwise proceed under Title 11 of the United States Code; and

BE IT FURTHER RESOLVED that any officer of the Company be, and hereby is, authorized to execute on behalf of the Company the petition, schedules and any other documents required for the Chapter 11 filing and in all proceedings thereunder; and

BE IT FURTHER RESOLVED that the Company shall employ Hutson Hughes & Powell, P.A. and Northen Blue LLP as its counsel to assist the Company in filing the Chapter 11 petition and in all proceedings thereunder; and

BE IT FURTHER RESOLVED that the Company shall employ Kasowitz, Benson, Torres & Friedman LLP as special counsel to assist the Company in filing the Chapter 11 petition and in all proceedings thereunder; and

BE IT FURTHER RESOLVED, that the Company shall employ The Spectrum Capital Group, LLC as its strategic financial counselors in connection with the filing of the Chapter 11 petition and in all proceedings thereunder.

This the 20th day of May, 2001.

_____
Donald R. Draughon, Jr.
Chairman and Chief Executive Officer

4960

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

FILED
01 MAY 21 PM 12: 5
U.S. BANKRUPTCY COURT
GREENSBORO, N.C. BY___

In re: )
)
Convenience USA, Inc. et al., )   Case No. 01-**01-81478**___C-11
)
_____Debtor_____ )

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

| *Name & Address* | *Contact & Telephone Number* | *Approx. Amount* |
|---|---|---|
| McLane<br>7253 NC Hwy 48<br>Battleboro NC 27809 | | 2,272,862.61 |
| BP Amoco<br>200 E Randolph Dr<br>Chicago IL 60601 | (816) 968-5446 | 1,426,532.29 |
| Marathon Oil<br>3201 Pointe Parkway Suite 200<br>Norcross GA 30092 | | 584,540.42 |
| Exxon<br>5959 Las Collinas Blvd<br>Irving TX 75039 | (800) 562-9186 | 386,444.79 |
| Koch Refining Company LP<br>4550 North Pointe Pkwy Ste 380<br>Alpharetta GA 30022 | (800) 666-9036 | 339,285.14 |
| Star Enterprises<br>Texaco Inc<br>2000 Westchester Ave<br>White Plains NY 10605 | (800) 825-7335 | 228,659.25 |
| Chevron<br>575 Market St<br>San Francisco CA 94105 | | 211,696.63 |

| Creditor | Phone | Amount |
|---|---|---|
| Citgo Oil Co<br>6100 S Yale Ave<br>Tulsa OK 74136 | (918) 495-4000 | 207,841.67 |
| Coca Cola Bottling<br>Attn: Ms. Tanya Pierce<br>2275 Vanstory St Ste 201<br>Greensboro NC 27403 | | 144,423.45 |
| Pepsi Cola Bottling Chic<br>Attn: Jim Kelley<br>3246 Nolen Ln<br>Franklin TN 37064 | | 116,754.23 |
| Frito Lay Inc<br>Attn: Greg Ferguson<br>7504 Precision Dr<br>Raleigh NC 27613 | (800) 776-2257 | 89,702.70 |
| Florida Rock & Tank Line<br>155 E 21st St<br>Jacksonville FL 33221 | (904) 355-1781 | 72,413.00 |
| Dairy Fresh<br>915 Tuscaloosa St<br>Greensboro AL 36744 | (334) 624-3041 | 65,365.01 |
| Motiva Entity 600<br>Shell Oil Co<br>One Shell Plaza<br>Houston TX 77252-2463 | | 64,271.50 |
| First Insurance Funding<br>135 S LaSalle Street<br>Dept 8075<br>Chicago IL 60674-8075 | (800) 837-3707 | 59,543.00 |
| Herndon Oil Company<br>Hwy 95 South<br>Abbeville AL 36310 | (334) 585-2216 | 55,616.30 |
| Petrey Novelties<br>10345 Petry Hwy<br>Luverne AL 36045 | (334) 335-6582 | 44,465.36 |

| | | |
|---|---|---|
| Global Crossing*<br>P O Box 741276<br>Cincinnati OH 45274-1276 | (800) 249-4672 | 37,303.87 |
| Ware Oil Co<br>2715 S Byron Parkway<br>Perry FL 32347 | | 35,164.37 |
| Southern Pump & Tank Co<br>P O Box 751112   (4800 N. Graham St)<br>Charlotte NC  28275-1112  (28269) | (070) 459-6437 | 28,963.22 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, __Donald R. Draughon, Jr.__, the __Chairman & Chief Executive Officer__ of Convenience USA, Inc., named as debtor in this case, declare under penalty of perjury that I have read the foregoing CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date: May 21, 2001

                                                                    _____
                                                                    Donald R. Draughon, Jr.
                                                                    Chairman and Chief Executive Officer

*355 East Campus View Blvd., Suite 110
 Columbus OH  43235

00004925.WPD

**NOTE:** The Debtors have requested the procedural consolidation and joint administration of these related Chapter 11 cases, and have requested that a single Official Committee of Unsecured Creditors be designated by the Bankruptcy Administrator from this consolidated list. No substantive consolidation has been requested and the Debtors may subsequently file an amended separate list of the creditors holding the 20 largest unsecured claims in each case at or about the time separate schedules of assets & liabilities are filed for each Debtor.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In re   Convenience USA, Inc.            ,
                Debtor

Case No. _____

Chapter   11

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the **attached** List of Creditors which consists of 45 pages, is true, correct and complete to the best of my knowledge.

Date   May 20, 2001            Signature   _____
                                            DONALD R. DRAUGHON, JR.
                                            Chairman/Chief Executive Officer

hard M. Hutson, II/John A. Northen
Hutson Hughes & Powell, P.A.
300 W. Morgan Street, Suite 1500
P. O. Drawer 2252-A
Durham, NC 27702
(919) 683-1561