UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

ENTERED
MAY 2 1 '01
U.S. Bankruptcy Court
Greensboro, NC
CPH

| In re: | ) | |
|---|---|---|
| Convenience USA, Inc. | ) | Case No. 01-81478 |
| Holiday Markets of Georgia LLC | ) | Case No. 01-81479 |
| C-Marts of the Carolinas LLC | ) | Case No. 01-81480 |
| Florida C-Marts LLC | ) | Case No. 01-81481 |
| Gant Acquisition LLC | ) | Case No. 01-81482 |
| Sun Mart LLC | ) | Case No. 01-81483 |
| Express Stores LLC | ) | Case No. 01-81484 |
| Georgia C-Marts LLC | ) | Case No. 01-81485 |
| North Carolina C-Marts LLC | ) | Case No. 01-81486 |
| Nugget Oil, Inc. | ) | Case No. 01-81487 |
| Nugget C-Marts, Inc. | ) | Case No. 01-81488 |
| C-USA I LLC | ) | Case No. 01-81489 |
| Debtors | ) | |

## ORDER DIRECTING PROCEDURAL CONSOLIDATION
## AND JOINT ADMINISTRATION

On Motion of the above-captioned Debtors and Debtors-in-Possession (collectively, the "Debtors") for procedural consolidation and joint administration of their estates, and it appearing to the Court that procedural consolidation and joint administration will render the completion of administrative tasks less costly and minimize the delays; therefore, it is

ORDERED, that the above-captioned cases are consolidated for procedural purposes only and may be jointly administered; and, it is further

ORDERED, that the legend "Convenience USA, Inc., et al." is to be included in the consolidated caption for pleadings filed in these cases; and, it is further

ORDERED, that the Debtors are authorized to file a consolidated list of the creditors holding the twenty (20) largest unsecured claims; and, it is further

ORDERED, that only one Official Committee of Unsecured Creditors be appointed pursuant to 11 U.S.C. §1102 and such Committee shall be selected from the consolidated list of the largest twenty (20) unsecured creditors in the above-captioned cases; and, it is further

ORDERED, that nothing contained in this Order is intended to permit or to effect substantive consolidation of these estates.

Dated: May 21, 2001.

William L. Stocks

United States Bankruptcy Judge

00004964.WPD

2

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE: )
)
CONVENIENCE USA, INC., et al., ) Case Nos. 01-81478 through 01-81489
) (Procedurally Consolidated)
Debtors )

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Order Directing Procedural Consolidation and Joint Administration was served upon the following by hand delivery or by depositing a copy of same in the United States mail, first-class, postage prepaid, addressed as follows:

    Michael D. West, Esq.   **[VIA HAND DELIVERY]**
    U.S. Bankruptcy Administrator
    101 S. Edgeworth Street
    Greensboro NC 27401

    Richard M. Hutson, II, Esq.
    Hutson Hughes & Powell, P.A.
    P. O. Drawer 2252-A
    Durham NC 27702

    John A. Northen, Esq.
    Northen Blue, L.L.P.
    P. O. Box 2208
    Chapel Hill NC 27515

Dated: 5/21/01

                        WILLIAM L. SCHWENN, CLERK

                        Christine P. Hamrick /CPH
BY _____
                             Deputy Clerk

00004973.WPD