UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
01 MAY 22 AM 8:05
U.S. BANKRUPTCY COURT
GREENSBORO, N.C. BY

IN THE MATTER OF:

Convenience USA, Inc.; et al

Debtor

) NOTICE OF FORMATION OF
) CREDITORS COMMITTEE UNDER CHAPTER 11
)
) B-01-81478 through 01-81489 C-11D
)
)

Section 1102 of the Bankruptcy Code under Chapter 11 Reorganization requires the Court, as soon as practical, to appoint a committee of creditors holding unsecured claims. The committee ordinarily consists of the persons who are willing to serve and who hold the seven largest claims against the debtor. The ten largest claims according to the information in this case are as follows:

| NAME OF CREDITOR | ADDRESS | AMOUNT OF CLAIM |
|---|---|---|
| McLane | 7253 NC Hwy 48<br>Battleboro, NC 27809 | $2,272,862.61 |
| BP Amoco | 200 E. Randolph Drive<br>Chicago, Il 60601 | $1,426,532.29 |
| Marathon Oil | 3201 Pointe Parkway, Suite 200<br>Norcross, Ga 30092 | $ 584,540.42 |
| Exxon | 5959 Las Collinas Blvd.<br>Irvin, Tx 75039 | $ 386,444.79 |
| Koch Refining Company LP | 4550 North Pointe Parkway,<br>Suite 380<br>Alpharetta, Ga. 30022 | $ 339,285.14 |
| Star Enterprises | 2000 Westchester Ave.<br>White Plains, NY 10605 | $ 228,659.25 |
| Chevron | 575 Market Street<br>San Francisco, Ca. 94105 | $ 211,696.63 |
| Citgo Oil Co. | 6100 S. Yale Avenue<br>Tulsa, Ok 74136 | $ 207,841.67 |
| Coco Cola Bottling | Tanya Pierce<br>2275 Vanstory St., Ste. 201<br>Greensboro, NC 27403 | $ 144,423.45 |
| Pepsi Cola Bottling Chic | Jim Kelley<br>3246 Nolen Lane<br>Franklin, Tn 37064 | $ 116,754.23 |

Please promptly furnish to the Court the name of your duly authorized representative (employee) who will



represent you (or your company) on this committee. You should also indicate the representative's mailing address, telephone number and official relationship to you (the creditor).

Make your responses in care of Michael D. West, U. S. Bankruptcy Administrator, Attn: Ms. Gattis, PO Box 1828, Greensboro, N. C. 27402, or by facsimile at 336-333-5528, within **ten days** from the date of this notice. If no reply is received at that time, the creditor will NOT be appointed to the committee. An organizational meeting will be scheduled after the committee is appointed. DO NOT FILE PROOFS OF CLAIMS WITH THIS OFFICE.

Date: May 22, 2001

U. S. BANKRUPTCY ADMINISTRATOR

BY: _Susan Gattis_
Bankruptcy Analyst