UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ENTERED
JUN 15 '01
U.S. Bankruptcy Court
Greensboro, NC
CPH

IN THE MATTER OF: )
)
Convenience USA, Inc.; et al ) B-01-81478 through 01-81489 C-11D
)
Debtor )

## ORDER APPOINTING COMMITTEE OF UNSECURED CREDITORS

The following creditors of the above-named debtor have indicated a willingness to serve, and upon the recommendation of the Bankruptcy Administrator for this District, they are hereby appointed by this Court to the Committee of Unsecured Creditors:

Marathon Ashland Petroleum, LLC
John E. Locker
3200 Pointe Parkway, Suite 200
Norcross, Ga. 30092

Eric Q. Smith
BP
2475 Northwinds Parkway
Suite 400
Alpharetta, Ga 30004

Pepsi-Cola
William Kaye
31 Rose Lane
East Rockaway, Ny 11518

Coco-Cola Enterprises
John H. Salisbury
100 Tampa Oaks Blvd. Ste 350
Tampa, Fl. 33637

Citgo Petroleum Corporation
Ken Foster
Box 3758
Tulsa, Ok 74102-3758

Koch
Sherry Blankenship
Box 2256
Wichita, KS 67201

McLane Company
Neal Mayes
Box 6115
Temple Texas 76504

Exxon Mobil Corporation
Kelly Scoffield
3225 Gallows Road
Fairfax, Va 22037

J. B. Davis  
420 Lakeshore Drive  
Madison, Fl. 32340

Buffalo Rock Company  
Roger Barker  
Box 10048  
Birmingham, Al. 35202

If the creditor's agent is replaced, the Bankruptcy Administrator and other committee members must be advised in writing.

Date JUN 15 2001

WILLIAM L. STOCKS  
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF: )
Convenience USA, Inc.; et al )
) B-01-81478 through 01-81489 C-11D
Debtor )

## CERTIFICATE OF SERVICE BY MAIL

The undersigned certifies that on  JUN 1 5 2001 , 2001, a copy of the **ORDER APPOINTING COMMITTEE OF UNSECURED CREDITORS** was duly served upon each of the following by first class mail:

Michael D. West (Hand Delivery)
Bankruptcy Administrator
P. O. Box 1828
Greensboro, NC 27402

John Northen
Attorney at Law
Box 2208
Chapel Hill, NC 27515

Marathon Ashland Petroleum, LLC
John E. Locker
3200 Pointe Parkway, Suite 200
Norcross, Ga. 30092

Eric Q. Smith
BP
2475 Northwinds Parkway
Suite 400
Alpharetta, Ga 30004

Pepsi-Cola
William Kaye
31 Rose Lane
East Rockaway, Ny 11518

Coco-Cola Enterprises
John H. Salisbury
100 Tampa Oaks Blvd. Ste 350
Tampa, Fl. 33637

Citgo Petroleum Corporation
Ken Foster
Box 3758
Tulsa, Ok 74102-3758

Koch
Sherry Blankenship
Box 2256
Wichita, KS 67201

McLane Company
Neal Mayes
Box 6115
Temple Texas 76504

Exxon Mobil Corporation
Kelly Scoffield
3225 Gallows Road
Fairfax, Va 22037

J. B. Davis
420 Lakeshore Drive
Madison, Fl. 32340

Buffalo Rock Company
Roger Barker
Box 10048
Birmingham, Al. 35202

Richard M. Hutson, II
Attorney at Law
Drawer 2252-A
Durham, NC 27702

BY: Christine P. Hamrick /CPH
Deputy Clerk