FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court

## MIDDLE DISTRICT OF NORTH CAROLINA

FILED

01 JUN 22 PM 8:04

Convenience USA, Inc.

In re _____
                    Debtor

Case No. 01-81478

(If known)

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 16,635 | | |
| B - Personal Property | YES | 3 | $ 2,972,058 | | |
| C - Property Claimed As Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 10,000,000 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $ 3,952,898 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ 0 |
| Total Number of Sheets in ALL Schedules ▶ | | 28 | | | |
| Total Assets ▶ | | | 2,988,693 | | |
| Total Liabilities ▶ | | | | 13,952,898 | |

AMOUNTS SCHEDULED

Bankruptcy©2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510

Convenience USA, Inc.            01-81478

In re _____    Case No. _____
           Debtor                                         (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Leasehold Improvements to Corporate Office<br><br>400 W Main St<br>Durham NC 27701 | Fee Simple | | 16,635 | None |
| | | Total ▶ | 16,635 | |

(Report also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-632 - 30510

Convenience USA, Inc.

In re _____     Case No. _____
                Debtor                                      (if known)

01-81478

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Depository/Checking Account, Certificates of Deposit (See Attachment B-2)<br><br>Bank of America<br>3100 Tower Blvd Ste 910<br>Durham NC 27707 | | 1,954,545 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Utility deposits | | 8,855 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510

FORM B6B
(10/89)

Convenience USA, Inc.

In re _____
                    Debtor

Case No. _____01-81478_____
                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Insurance policies on the life of Donald R. Draughon (3,500,000) and Thomas G. Turner (1,250,000) - Insurance Co: Mass Mutual | | 0 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Shares owned in various subsidiaries<br>See Attachment B-12 | | 0 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | | Accounts receivable | | 467,561 |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc. ver. 3.1.0-532 - 30510

In re  Convenience USA, Inc.                                  Case No. 01-81478
_____                    _____
                Debtor                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Office equipment and furnishings 400 W. Main Street, Ste. 300 Durham, NC 27701 | | 487,737 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | Prepaid insurance and other expenses | | 53,360 |

_0_ continuation sheets attached                    Total ▶  $         2,972,058

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc. ver. 3.1.0-532 - 30510

FORM B6D
(6/90)     Convenience USA, Inc.

In re _____     Case No. _____
              Debtor                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EMAC<br>One Glendinning Pl<br>Westport CT 06880 | X | | Incurred: 11/15/99-2/20/01<br>Lien: Lien on inventory<br>Security: Inventory<br>Fair market value is unknown<br><br>Value $          0.00 | | | | 10,000,000.00 | 10,000,000.00 |
| ACCOUNT NO.<br><br><br><br>Value $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>Value $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>Value $ | | | | | | | | |

0
_____ Continuation sheets attached

Subtotal ▶  $  10,000,000.00
(Total of this page)

Total ▶  $  10,000,000.00
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510

B6E
(Rev. 4/01)

In re   Convenience USA, Inc.                                    Case No.    01-81478
                            Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated".  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Repeat this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(2).

☑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fishermen**

Claims of farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐   **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to maintain the capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1   continuation sheets attached

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510

In re ___Convenience USA, Inc._____     Case No. ___01-81478_____
             Debtor                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)   Wages, Salaries & Commissions

**TYPE OF PRIORITY**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT CLAIM | AMOUNT ENTITLED, TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sonya Christian<br>400 W Main St Ste 300<br>Durham NC 27701 | | | Consideration: Expense reimbursement | | | | Unknown | Unknown |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. ___1___ of ___1___ sheets attached to Schedule of Creditors

Subtotal ▶   $       0
(Total of this page)

Total ▶   $       0
(Use only on last page of the completed Schedule E)

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510

In re __Convenience USA, Inc.__     Case No. __01-81478__
      Debtor             (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Accountants Inc<br>Department 164601<br>P O Box 67000<br>Detroit MI 48267-1646 | | | Consideration: Services | | | | 13,066 |
| ACCOUNT NO.<br><br>Accountemps<br>P O Box 6248<br>Carol Stream IL 60197 | | | Consideration: Services | | | | 14,912 |
| ACCOUNT NO.<br><br>Accounting Solutions<br>P O Box 971710<br>Dallas TX 75397-1710 | | | Consideration: Services | | | | 2,898 |
| ACCOUNT NO.<br><br>Airborne Express<br>P O Box 91001<br>Seattle WA 98111 | | | Consideration: Services | | | | 2,625 |

__18__ continuation sheets attached

Subtotal ▶ $     33,501

Total ▶ $

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510

FORM B6F (Official Form 6F) (9/97)

In re Convenience USA, Inc.
_____
                Debtor

Case No. 01-81478
_____
        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Alltel Mobile  P O Box 8000  Litle Rock AR 72203 | | | Consideration: Utilities | | | | 341 |
| ACCOUNT NO.  Alphanumeric  Consulting Support Service  3801 Wake Forest Rd  Raleigh NC 27609 | | | Consideration: Services | | | | 7,748 |
| ACCOUNT NO.  Apex Systems  2235 Staples Mill Rd Ste 200  Richmond VA 23230 | | | Consideration: Services | | | | 10,629 |
| ACCOUNT NO.  Arch Wireless  P O Box 660770  Dallas TX 75266-0770 | | | Consideration: Services | | | | 327 |
| ACCOUNT NO.  AT&T  P O Box 78355  Phoenix AZ 85062 | | | Consideration: Utilities | | | | 1,428 |

Sheet no.__1__of _18_ sheets attached to Schedule of Creditors

Subtotal ▶ $ 20,473

Total ▶ $

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc. ver. 3.1.0-532 - 30510

In re  Convenience USA, Inc.
_____
                    Debtor

Case No. 01-81478
_____
          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AT&T <br> P O Box 9001307 <br> Louisville KY 40290-1307 | | | Consideration: Utilities | | | | 2,661 |
| ACCOUNT NO. <br><br> AT&T Business Service <br> P O Box 9001310 <br> Louisville KY  40290-1310 | | | Consideration: Utilities | | | | 425 |
| ACCOUNT NO. <br><br> Atcom Business Telephone <br> P O Box 13476 <br> RTP NC  27709-3476 | | | Consideration: Utilities | | | | 1,355 |
| ACCOUNT NO. <br><br> Bank Of America <br> P O Box 53155 <br> Phoenix AZ 85072-3155 | | | Consideration: Services | | | | 7,515 |
| ACCOUNT NO. <br><br> Beggs & Lane <br> P O Box 12950 <br> Pensacola FL 32579-2950 | | | Consideration: Services | | | | 73 |

Sheet no._2__of_18_sheets attached to Schedule of Creditors

Subtotal ▶ | $ | 12,029

Total ▶ | $ |

(Report total also on Summary of Schedules)

*Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.10-532 - 30510*

In re ___Convenience USA, Inc._____     Case No. ___01-81478_____
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bellsouth<br>P O Box 70807<br>Charlotte NC 28272-0807 | | | Consideration: Utilities | | | | 233 |
| ACCOUNT NO.<br><br>Bellsouth<br>P O Box 740144<br>Atlanta GA 30374-0144 | | | Consideration: Utilities | | | | 460 |
| ACCOUNT NO.<br><br>Bilstat Inc.<br>3934 FM 1960 W Ste 335<br>Houston TX 77068 | | | Consideration: Services | | | | 29,745 |
| ACCOUNT NO.<br><br>C & D Disposal<br>5206 Galliver Cutoff<br>Baker FL 32531 | | | Consideration: Services | | | | 800 |
| ACCOUNT NO.<br><br>C I T Business Credit<br>Two First Union<br>28202 P O 30337<br>Charlotte NC 28263-0337 | | | Consideration: Services | | | | 7,039 |

Bankrupto;2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510

Sheet no._3___of_18_ sheets attached to Schedule of Creditors

Subtotal ▶ | $ | 38,277

Total ▶ | $ |

(Report total also on Summary of Schedules)

FORM B6F (Official Form 6F) (9/97)

In re ___Convenience USA, Inc._____    Case No. ___01-81478_____
                  Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Carolina Auditing Svs. <br> P O Box 10148 <br> Greensboro NC 27404 | | | Consideration: Services | | | | 555 |
| ACCOUNT NO. <br><br> Cayo Grande Hotel <br> 214 Racetrack Rd NW <br> Fort Walton Beach FL 32547 | | | Consideration: Services | | | | 462 |
| ACCOUNT NO. <br><br> CDW Computer Centers Inc <br> P O Box 75723 <br> Chicago IL 60675-5723 | | | Consideration: Services | | | | 740 |
| ACCOUNT NO. <br><br> Centura Investment Bank <br> 200 Providence Rd Ste 300 <br> Charlotte NC 28207 | | | Consideration: Services | | | | 158 |
| ACCOUNT NO. <br><br> Choicepoint Services Inc <br> P O Box 105186 <br> Atlanta GA 30348 | | | Consideration: Services | | | | 2,968 |

Sheet no. _4_ of _18_ sheets attached to Schedule of Creditors

Subtotal ▶ $        4,883

Total ▶ $

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc. ver. 3.1.0-532 - 30510

In re **Convenience USA, Inc.**
_____
Debtor

Case No. **01-81478**
_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> City Of Norman Park <br> P O Box 197 <br> Norman Park GA 31771 | | | Consideration: Services | | | | 9 |
| ACCOUNT NO. <br><br> City Of Valdosta <br> P O Box 1125 <br> Valdosta GA 31603-1125 | | | Consideration: Services | | | | 3 |
| ACCOUNT NO. <br><br> CT Corporation System <br> P O Box 4349 <br> Carol Stream IL 60197 | | | Consideration: Services | | | | 53,552 |
| ACCOUNT NO. <br><br> Dale County Revenue Comm. <br> P O Box 267 <br> Ozark AL 36361 | | | Consideration: Services | | | | 224 |
| ACCOUNT NO. <br><br> Day-Timers Inc. <br> P O Box 27013 <br> Lehigh Valley PA 18002 | | | Consideration: Services | | | | 35 |

Sheet no. _5__ of _18_ sheets attached to Schedule of Creditors

Subtotal ▶ | $ | 53,823
Total ▶ | $ |

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc.; ver. 3.1.0-532 - 30510

In re **Convenience USA, Inc.**
_____
Debtor

Case No. **01-81478**
_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dept Of State Division of Corp<br>P O Box 1500<br>Tallahassee FL  32302 | | | Consideration: Services | | | | 150 |
| ACCOUNT NO.<br><br>Directec Corporation<br>1197 Solutions Center<br>Chicago IL 60677-1001 | | | Consideration: Services | | | | 9,308 |
| ACCOUNT NO.<br><br>DTN Corp<br>P O Box 3546<br>Omaha NE  68103-0546 | | | Consideration: Services | | | | 669 |
| ACCOUNT NO.<br><br>Durocom<br>P O Box 31066<br>Tampa  FL 33631-3066 | | | Consideration: Services | | | | 59 |
| ACCOUNT NO.<br><br>Federal Express<br>P O Box 1140<br>Memphis TN  38101-1140 | | | Consideration: Services | | | | 5,865 |

Sheet no. _6_ of _18_ sheets attached to Schedule of Creditors

Subtotal ▶ | $ | 16,051

Total ▶ | $

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 – 30510

FORM B6F (Official Form 6F) (9/97)

In re  Convenience USA, Inc.  Case No.  01-81478
_____  _____
Debtor  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>First Insurance Funding<br>135 S. Lasalle Street Dept 8075<br>Chicago IL 60674-8075 | | | Consideration: Services | | | | 59,543 |
| ACCOUNT NO.<br><br>Gaither Gorham & Crone<br>Suite 203 Fidelity Bldg.<br>P O Box 2507<br>Hickory NC 28603-2507 | | | Consideration: Services | | | | 3,639 |
| ACCOUNT NO.<br><br>Georgia Power Company<br>96 Annex<br>Atlanta GA 30396-0001 | | | Consideration: Utilities | | | | 184 |
| ACCOUNT NO. 0204236005<br><br>Global Crossing<br>P O Box 741276<br>Cincinnati Oh 45274 | | | Consideration: Services | | | | 37,577 |
| ACCOUNT NO.<br><br>Global Knowledge<br>P O Box 390052<br>Boston MA 02241-0952 | | | Consideration: Services | | | | 52 |

Sheet no. _7_ of _18_ sheets attached to Schedule of Creditors

Subtotal ▶ $ 100,995

Total ▶ $

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510

In re   Convenience USA, Inc.
_____
               Debtor

Case No.   01-81478
              _____
                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GTE Wireless<br>P O Box 660636<br>Dallas TX 75266-0636 | | | Consideration: Utilities | | | | 2,394 |
| ACCOUNT NO.<br><br>Gulf Power Co.<br>One Energy Place<br>Pensacola FL 35200 | | | Consideration: Utilities | | | | 12 |
| ACCOUNT NO.<br><br>Hampton Inn (Dothan Al)<br>3071 Ross Clark Circle<br>Dothan AL 36301 | | | Consideration: Services | | | | 1,869 |
| ACCOUNT NO.<br><br>Hampton Inn Crestview<br>3709 Feerdon Blvd<br>Crestview FL 32536 | | | Consideration: Services | | | | 167 |
| ACCOUNT NO.<br><br>Hampton Inn Mtn. Brook<br>2731 US Highway 280<br>Mountain Brook AL 35223 | | | Consideration: Services | | | | 465 |

Sheet no. _8_ of _18_ sheets attached to Schedule of Creditors

Subtotal ▶ $ 4,907

Total ▶ $

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc. - ver. 3.1.0-532 - 20510

FORM B6F (Official Form 6F) (9/97)

In re Convenience USA, Inc.
_____
Debtor

Case No. 01-81478
_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. In The News 4895-F West Waters Avenue Tampa FL 33634 | | | Consideration: Services | | | | 203 |
| ACCOUNT NO. Ink's Our Specialty Inc 35 Swan Ct Monticello GA 31064 | | | Consideration: Services | | | | 962 |
| ACCOUNT NO. Ios Capital P O Box 740540 Atlanta GA 30374-0540 | | | Consideration: Services | | | | 2,000 |
| ACCOUNT NO. J. Smith Lanier & Co. P O Box 1997 200 Brookstone Columbus GA 31902-1997 | | | Consideration: Services | | | | 32,559 |
| ACCOUNT NO. Kenan Transport P O Box 2729 Chapel Hill NC 27504 | | | Consideration: Services | | | | 5 |

Sheet no. _9_ of _18_ sheets attached to Schedule of Creditors

Subtotal ▶ | $ | 35,729

Total ▶ | $

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510

FORM B6F (Official Form 6F) (9/97)

In re Convenience USA, Inc.
_____
Debtor

Case No. 01-81478
_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. La Quinta Inn 4414 Chapel Hill Blvd Durham NC 27707 | | | Consideration: Services | | | | 982 |
| ACCOUNT NO. Laser Plus 601 Ramseur St Durham NC 27701 | | | Consideration: Services | | | | 453 |
| ACCOUNT NO. Le Bleu 1312-117 Kirkland Rd Raleigh NC 27603 | | | Consideration: Services | | | | 216 |
| ACCOUNT NO. Logicon Inc. LCIS P O Box 26085 New York NY 10087 | | | Consideration: Services | | | | 1,361 |
| ACCOUNT NO. McLane Carolina 7253 NC 48 P O Box 789 Battleboro NC 27809 | | | Consideration: Merchandise | | | | 66 |

Sheet no. 10 of 18 sheets attached to Schedule of Creditors

Subtotal ▶ | $ | 3,078

Total ▶ | $ |

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.10-532 - 30510

FORM B6F (Official Form 6F) (9/97)

In re: Convenience USA, Inc.
_____
          Debtor

Case No. 01-81478
                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. McLane Company Inc. 7253 NC Highway 48 P O Box 789 Battleboro NC 27809 | | | Consideration: Unsecured Debt | | | | 1,725,000 |
| ACCOUNT NO. Merchants Rent A Car Inc P O Box 16415 Hocksett NH 03106-6415 | | | Consideration: Services | | | | 106,885 |
| ACCOUNT NO. Moore & Van Allen PLLC P O Box 65045 Charlotte NC 28265-0045 | | | Consideration: Services | | | | 119,172 |
| ACCOUNT NO. Mullins Path. & Cyto. La 1402 Walton Way Augusta GA 30902 | | | Consideration: Services | | | | 1,938 |
| ACCOUNT NO. North Carolina DMV P O Box 29620 Raleigh NC 27626-0620 | | | Consideration: Services | | | | 25 |

Sheet no. _11_ of _18_ sheets attached to Schedule of Creditors

Subtotal ▶ $ 1,953,020

Total ▶ $

(Report total also on Summary of Schedules)

*Bankrupcy 2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510*

In re Convenience USA, Inc.
_____
Debtor

Case No. 01-81478
_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Office Depot Card Plan P O Box 30292 Salt Lake City UT 84130 | | | Consideration: Services | | | | 810 |
| ACCOUNT NO. Pacific Life P O Box 100418 Pasadena CA 91189-0418 | | | Consideration: Services | | | | 1,019 |
| ACCOUNT NO. PDI Inc. 3407 S 31st St Ste 200 Temple TX 76502 | | | Consideration: Services | | | | 1,470 |
| ACCOUNT NO. Pensacola News Journal 1 News Journal Pl Pensacola FL 32501 | | | Consideration: Merchandise | | | | 100 |
| ACCOUNT NO. Petroleum Capital Co. 16100 SW 72nd Ave Portland OR 97224-7745 | | | Consideration: Services | | | | 1,263 |

Sheet no. _12_ of _18_ sheets attached to Schedule of Creditors

Subtotal ▶ $ 4,662

Total ▶ $

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc.- ver. 3.1.0-532 - 30510

In re  Convenience USA, Inc.
_____
Debtor

Case No. 01-81478
_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Petroleum Dealers Program <br> Crawford and Company <br> P O Box 92091 <br> Los Angeles CA 90009 | | | Consideration: Services | | | | 1,000 |
| ACCOUNT NO. <br><br> Pope Transport Company <br> P O Drawer 649 <br> Mount Olive NC 28365 | | | Consideration: Services | | | | 3 |
| ACCOUNT NO. <br><br> Pricewaterhousecoopers <br> P O Box 65640 <br> Charlotte NC 28265-0640 | | | Consideration: Services | | | | 37,089 |
| ACCOUNT NO. <br><br> Pro Wash Inc <br> 909 Williams St <br> Valdosta GA 31601 | | | Consideration: Services | | | | 28 |
| ACCOUNT NO. <br><br> Pulley Watson King Lischer <br> P O Box 3600 <br> Durham NC 27702 | | | Consideration: Services | | | | 20 |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc. - ver. 3.10-532 - 30510

Sheet no. _13_ of _18_ sheets attached to Schedule of Creditors

Subtotal ▶  $                38,140

Total ▶  $

(Report total also on Summary of Schedules)

In re **Convenience USA, Inc.**
Debtor

Case No. **01-81478**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Purchase Power<br>P O Box 856042<br>Louisville KY 40285-6042 | | | Consideration: Services | | | | 1,030 |
| ACCOUNT NO.<br><br>Recall-Raleigh<br>P O Box 945842<br>Atlanta GA 30394 | | | Consideration: Services | | | | 596 |
| ACCOUNT NO.<br><br>Ridge Office Equipment<br>309 Concord St Ste 203<br>Greensboro NC 27406 | | | Consideration: Services | | | | 89 |
| ACCOUNT NO.<br><br>Robert Half<br>3605 Glennwood Ave<br>Raleigh NC 27612 | | | Consideration: Services | | | | 24,500 |
| ACCOUNT NO.<br><br>Selective Insurance<br>P O Box 8580<br>Boston MA 02266-8580 | | | Consideration: Services | | | | 2,497 |

Sheet no. _14_ of _18_ sheets attached to Schedule of Creditors

Subtotal ▶ | $ | 28,712

Total ▶ | $ |

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30310

FORM B6F (Official Form 6F) (9/97)

In re Convenience USA, Inc.
_____
Debtor

Case No. 01-81478
_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SFM Domestic Investments LLC<br>888 7th Ave 33rd Floor<br>New York NY 10106 | | | Consideration: Unsecured Debt | | | | 1,500,000 |
| ACCOUNT NO.<br><br>Sharon H. Lyall<br>817 Main St<br>North Wilkesboro NC 28659 | | | Consideration: Services | | | | 57,248 |
| ACCOUNT NO.<br><br>Short's Printing Company<br>143 S William St<br>Henderson NC 27536 | | | Consideration: Services | | | | 1,043 |
| ACCOUNT NO.<br><br>Smith's Addressing Machine Svcs Inc.<br>P O Box 447<br>Clayton NC 27520 | | | Consideration: Services | | | | 945 |
| ACCOUNT NO.<br><br>Sprint (Atlanta)<br>P O Box 530581<br>Atlanta GA 30353-0581 | | | Consideration: Utilities | | | | 402 |

Sheet no. _15_ of _18_ sheets attached to Schedule of Creditors

Subtotal ▶ | $ | 1,559,638

Total ▶ | $ |

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510

FORM B6F (Official Form 6F) (9/97)

In re  Convenience USA, Inc.
_____
            Debtor

Case No. 01-81478
_____
            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sprint (Charlotte)<br>P O Box 96028<br>Charlotte NC 28296-0028 | | | Consideration: Services | | | | 126 |
| ACCOUNT NO.<br>Starpoint Chapel Hill<br>P O Box 5151<br>Chapel Hill NC 27514-5151 | | | Consideration: Services | | | | 274 |
| ACCOUNT NO.<br>Stay Online<br>P O Box 14025<br>RTP NC 27709 | | | Consideration: Services | | | | 212 |
| ACCOUNT NO.<br>Tartanis<br>3910 Wynnfield Dr<br>Valdosta GA 31605 | | | Consideration: Services | | | | 4,387 |
| ACCOUNT NO.<br>Teletron<br>Department L-2313<br>Columbus OH 43260 | | | Consideration: Services | | | | 324 |

Sheet no. __16_ of _18__ sheets attached to Schedule of Creditors

Subtotal ▶  $          5,323

Total ▶  $

(Report total also on Summary of Schedules)

*Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510*

FORM B6F (Official Form 6F) (9/97)

In re Convenience USA, Inc.
_____
Debtor

Case No. 01-81478
_____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tereck Office Soluitions<br>5410 Hwy 55 Ste AA<br>Durham NC 27713 | | | Consideration: Services | | | | 118 |
| ACCOUNT NO.<br><br>Time Warner Telecom<br>Dept. Ch10118<br>Palatine IL 60055-0118 | | | Consideration: Services | | | | 6,946 |
| ACCOUNT NO.<br><br>Triangle Business Forms<br>2805 Hope Valley Rd<br>Durham NC 27707 | | | Consideration: Services | | | | 176 |
| ACCOUNT NO.<br><br>Tricom<br>3901 Barrett Dr Ste 100<br>Raleigh NC 27609 | | | Consideration: Services | | | | 375 |
| ACCOUNT NO.<br><br>U. S. Cellular<br>5009 N W 34th St Ste A<br>GAinesville FL 32605 | | | Consideration: Services | | | | 303 |

Sheet no.__17__of__18__sheets attached to Schedule of Creditors

Subtotal ▶ | $ | 7,918

Total ▶ | $

(Report total also on Summary of Schedules)

*Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510*

FORM B6F (Official Form 6F) (9/97)

In re Convenience USA, Inc.
_____
Debtor

Case No. 01-81478
_____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> U.S. Postmaster <br> Durham NC | | | Consideration: Services | | | | 500 |
| ACCOUNT NO. <br><br> Unitrends Software Corp <br> 1601 Oak St Ste 201 <br> Myrtle Beach SC  29577 | | | Consideration: Services | | | | 99 |
| ACCOUNT NO. <br><br> UPS <br> P O Box 505820 <br> The Lakes NV  88905-5820 | | | Consideration: Services | | | | 34 |
| ACCOUNT NO. <br><br> Verizon South <br> P O Box 610608 <br> Dall./Ft. Worth Airport TX <br> 75261-0608 | | | Consideration: Utilities | | | | 2,531 |
| ACCOUNT NO. <br><br> Zenith Insurance Co. <br> 1390 Main St <br> Sarasota FL 34236 | | | Consideration: Services | | | | 28,575 |

Sheet no. _18_ of _18_ sheets attached to Schedule of Creditors

Subtotal ▶ | $ | 31,739

Total ▶ | $ | 3,952,898

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510

Convenience USA, Inc.

In re _____     Case No._____
                          Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| See Attachment G | |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 10510

FORM B6H
(6/90)

Convenience USA, Inc.                                    01-81478
In re _____          Case No. _____
                        Debtor                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Thomas G. Turner<br>400 W. Main St<br>Durham NC 27701 | EMAC<br>One Glendinning Pl<br>Westport CT 06880 |
| Donald R. Draughon, Jr.<br>400 W. Main St<br>Durham NC 27701 | EMAC<br>One Glendinning Pl<br>Westport CT 06880 |

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510

Form B6-Cont.
(12/94)

In re **Convenience USA, Inc.** , Case No. 01-81478
_____ (If known)
Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President _____ [the president or other officer or an authorized agent of the corporation or a member or an

authorized agent of the partnership] of the Convenience USA, Inc. _____ [corporation or partnership] named as debtor in this case,

declare under penalty of perjury that I have read the following summary and schedules, consisting of 29 _____ sheets, and that
(Total shown on summary page plus 1)

they are true and correct to the best of my knowledge, information, and belief.

Date _____ 6/22/01 _____     Signature _____

THOMAS G. TURNER
[Print or type name of individual signing on behalf of debtor]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____     _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
_____
Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____     _____
Signature of Bankruptcy Petition Preparer                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2001 ©1991-2001, New Hope Software, Inc., ver. 3.1.0-532 - 30510

2:00 PM

## CONVENIENCE USA, INC
## SCHEDULE B, LINE 2
## SCHEDULE OF BANK ACCOUNTS

| BANK NAME | ADDRESS | BANK ACCOUNT NUMBER | NATURE OF ACCOUNT | NAME OF CONTACT | PHONE NUMBER | BALANCE 05/20/2001 |
|---|---|---|---|---|---|---|
| Bank of America | 3100 Tower Blvd Suite 910 Durham, NC 27707 | 650389728 | Depository & Checkin | Linda Dunn | 919-956-2246 | $ 254,545 |
| Bank of America | 3100 Tower Blvd Suite 910 Durham, NC 27707 | 910000117292222 | Certificate of Deposit | Linda Dunn | 919-956-2246 | 50,000 |
| Bank of America | 3100 Tower Blvd Suite 910 Durham, NC 27707 | 9100001176999 | Certificate of Deposit | Linda Dunn | 919-956-2246 | 50,000 |
| Bank of America | 3100 Tower Blvd Suite 910 Durham, NC 27707 | 910000118443935 | Certificate of Deposit | Linda Dunn | 919-956-2246 | 140,000 |
| Bank of America | 3100 Tower Blvd Suite 910 Durham, NC 27707 | 910000165583287 | Certificate of Deposit | Linda Dunn | 919-956-2246 | 250,000 |
| Bank of America | 3100 Tower Blvd Suite 910 Durham, NC 27707 | 9100002058421 | Certificate of Deposit | Linda Dunn | 919-956-2246 | 600,000 |
| Bank of America | 3100 Tower Blvd Suite 910 Durham, NC 27707 | 9100001675783 | Certificate of Deposit | Linda Dunn | 919-956-2246 | 25,000 |
| Bank of America | 3100 Tower Blvd Suite 910 Durham, NC 27707 | 910000297308807 | Certificate of Deposit | Linda Dunn | 919-956-2246 | 1,000 |
| Bank of America | 3100 Tower Blvd Suite 910 Durham, NC 27707 | 910000321034434 | Certificate of Deposit | Linda Dunn | 919-956-2246 | 240,000 |
| Bank of America | 3100 Tower Blvd Suite 910 Durham, NC 27707 | 910000322121199 | Certificate of Deposit | Linda Dunn | 919-956-2246 | 44,000 |
| Bank of America | 3100 Tower Blvd Suite 910 Durham, NC 27707 | 910000329091601 | Certificate of Deposit | Linda Dunn | 919-956-2246 | 200,000 |
| Bank of America | 3100 Tower Blvd Suite 910 Durham, NC 27707 | 9100003215367 | Certificate of Deposit | Linda Dunn | 919-956-2246 | 160,000 |
| TOTAL | | | | | | $ 1,954,545 |

06/18/2001

**CONVENIENCE USA, INC**
**Schedule B; Line 12**
**Stock In Incorporated Businesses**
**As of 5/20/2001**

| SUBSIDIARY | DESCRIPTION OF CONVENIENCE USA, INC'S INTEREST | MARKET VALUE |
|---|---|---|
| C-MARTS OF THE CAROLINAS LLC | 99% Ownership of Member Shares | $0 |
| NORTH CAROLINA C-MARTS LLC | 99% Ownership of Member Shares | $0 |
| HOLIDAY MARKET OF GEORGIA LLC | 99% Ownership of Member Shares | $0 |
| GEORGIA C-MARTS LLC | 99% Ownership of Member Shares | $0 |
| EXPRESS STORES LLC | 99% Ownership of Member Shares | $0 |
| FLORIDA C-MARTS LLC | 99% Ownership of Member Shares | $0 |
| NUGGET OIL, INC | 100% Ownership of Common Stock | $0 |
| GANT ACQUISITION LLC | 99% Ownership of Member Shares | $0 |
| SUN MARTS LLC | 99% Ownership of Member Shares | $0 |
| C-USA I LLC | 99% Ownership of Member Shares | $0 |

ATTACHMENT D

**CONVENIENCE USA, INC.**

SCHEDULE D

SCHEDULE OF CREDITORS HOLDING SECURED CLAIMS

| Date of Claim | Nature of Lien | Store # | Location of Property Subject To Lien | | | | Description of Property | Book Value | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| | | | Address | City | State | | | 4/30/01 | 2/1/01 |
| 11/15/99 | Lien on Inventory | Various | Various | Various | Various | Inventory | Undetermined | $ | $ 2,000,000 |
| 9/29/00 | Lien on Inventory | Various | Various | Various | Various | Inventory | Undetermined | | 1,500,000 |
| 10/20/00 | Lien on Inventory | Various | Various | Various | Various | Inventory | Undetermined | | 1,925,000 |
| 10/30/00 | Lien on Inventory | Various | Various | Various | Various | Inventory | Undetermined | | 2,075,000 |
| 1/17/01 | Lien on Inventory | Various | Various | Various | Various | Inventory | Undetermined | | 500,000 |
| 1/19/01 | Lien on Inventory | Various | Various | Various | Various | Inventory | Undetermined | | 500,000 |
| 1/22/01 | Lien on Inventory | Various | Various | Various | Various | Inventory | Undetermined | | 250,000 |
| 2/2/01 | Lien on Inventory | Various | Various | Various | Various | Inventory | Undetermined | | 650,000 |
| 2/20/01 | Lien on Inventory | Various | Various | Various | Various | Inventory | Undetermined | | 600,000 |
| | | | | | | | | $ | 10,000,000 |

CONVENIENCE USA INC
SCHEDULE G
SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Lessee Name | Lessee Address | Property Leased | Non-Residential Real Property | Store Location of Leased Property | Co-Debtor |
|---|---|---|---|---|---|
| IOS Capital, Inc. | P.O. Box 9115, Macon, GA 31208 | 550 Copier | No | 9000 | |
| IOS Capital, Inc. | P.O. Box 9115, Macon, GA 31208 | Fax/Shredder | No | 9000 | |
| IOS Capital, Inc. | P.O. Box 9115, Macon, GA 31208 | 450 Copier | No | 9000 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 468399 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 473301 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 475253 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 475356 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 475740 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 468185 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 468443 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 469038 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 469334 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 471330 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 471485 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 471487 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 471527 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 473845 | |
| Merchants Automotive Group | P.O. Box 16415, Hooksett, NH 03106 | Car Lease | No | 476098 | |
| Petroleum Capital Company | 16100 SW 72nd Avenue, Portland, OR 97224 | Ruby Systems | No | 928 | |
| Pitney Bowes Credit Corporation | P.O. Box 85460, Louisville, KY 40285 | Postage Meter | No | 9000 | |
| SOUTHBank #300 | 400 W. Main St., Durham, NC 27701 | Office Lease | Yes | 9000 | |
| SOUTHBank #402 | 400 W. Main St., Durham, NC 27701 | Office Lease | Yes | 9000 | |
| SOUTHBank #405 | 400 W. Main St., Durham, NC 27701 | Office Lease | Yes | 9000 | |
| SOUTHBank #408 | 400 W. Main St., Durham, NC 27701 | Office Lease | Yes | 9000 | |
| SOUTHBank #506 | 400 W. Main St., Durham, NC 27701 | Office Lease | Yes | 9000 | |